## Ruth V. Chalmers, Plaintiff-Appellee, v. W. Ellison Chalmers, Defendant-Appellant.

Gen. No. 10,349. 

Third District.

May 16, 1961.

Rehearing denied July 25, 1961.

Webber, Balbach & Thies, of Urbana, for appellant; John J. Bresee, of Champaign, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.